Approved: _____
NICHOLAS W. CHIUCHIOLO
Assistant United States Attorney

Before: THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York

**23 MAG 5744**

---

UNITED STATES OF AMERICA

v.

MARVAVIER RIAN HURTS,
a/k/a "Rian Hurts,"
a/k/a "RJ,"

Defendant.

**SEALED COMPLAINT**

Violations of 18 U.S.C. §§ 875 and 2

COUNTY OF OFFENSE:
NEW YORK

---

SOUTHERN DISTRICT OF NEW YORK, ss.:

MELISSA BACCARI, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
**(Transmission of Interstate**
**Communications with Intent to Extort)**

1.  On or about June 20, 2023, in the Southern District of New York and elsewhere, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, knowingly and with intent to extort from another individual ("Victim-1") any money and other thing of value, transmitted in interstate commerce a communication containing a threat to injure the reputation of Victim-1, and aided and abetted the same, to wit, HURTS, in the course of an interstate exchange of text messages, threatened to publish private information about Victim-1's sexual history, including an alleged video of Victim-1 engaging in sexual acts with HURTS, in order to harm Victim-1's reputation, unless Victim-1 paid a sum of money to HURTS.

(Title 18, United States Code, Sections 875(d) and 2.)

**COUNT TWO**
**(Transmission of Interstate**
**Communications with Intent to Extort)**

2.  On or about June 20, 2023, in the Southern District of New York and elsewhere, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, knowingly and with intent to extort from Victim-1 any money and other thing of value, transmitted in interstate commerce a communication containing a threat to injure the reputation of Victim-1, and aided and

abetted the same, to wit, HURTS, during an interstate telephone call, threatened to publish private information about Victim-1's sexual history, including an alleged video of Victim-1 engaging in sexual acts with HURTS, unless Victim-1 paid a sum of money to HURTS.

(Title 18, United States Code, Sections 875(d) and 2.)

## COUNT THREE
### (Transmission of Interstate Communications with Intent to Extort)

3. On or about July 24, 2023, in the Southern District of New York and elsewhere, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, knowingly and with intent to extort from Victim-1 any money and other thing of value, transmitted in interstate commerce a communication containing a threat to injure the reputation of Victim-1, and aided and abetted the same, to wit, HURTS, in the course of an interstate exchange of text messages, threatened to publish private information about Victim-1's sexual history, including an alleged video of Victim-1 engaging in sexual acts with HURTS, unless Victim-1 paid a sum of money to HURTS.

(Title 18, United States Code, Sections 875(d) and 2.)

### BACKGROUND TO THE EXTORTION SCHEME

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a Special Agent with the FBI and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with other law enforcement agents, witnesses, and others, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. Based on my involvement in this investigation, and as set forth in greater detail below, I have become aware of an extortion scheme in which MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, used threats of reputational harm to extort Victim-1, a professional athlete. Specifically, HURTS threatened to publish an alleged video of Victim-1 and HURTS engaged in sexual acts, as well as derogatory and embarrassing information concerning Victim-1, unless Victim-1 paid a large sum of money to HURTS.

6. Based on my conversations with other law enforcement officers, my review of law enforcement reports, text messages, social media postings, and direct message exchanges, and discussions with Victim-1, I have learned the following information, in substance and in part:

    a. Approximately six years ago, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, initiated contact with Victim-1 using a social media application.

Through their conversations, Victim-1 learned that HURTS, a man, goes by "R.J." when dressed as a male, and uses another moniker ("Moniker-2") when dressed as a female. Victim-1 also learned that HURTS hosts transgender sex parties.

    b.  During the last approximately six years, HURTS and Victim-1 have communicated intermittently through, among other means, Instagram and text messages.

    c.  Based upon my review of these communications between HURTS and Victim-1, which Victim-1 voluntarily furnished to the FBI, I am aware that HURTS and Victim-1 discussed, among other things, sports, their sexual activities, including with each other, and various extortion attempts against Victim-1 by other individuals.

    d.  On or about May 31, 2023, Victim-1 and HURTS (using an Instagram account ("Instagram Account-1"), which as set forth below in greater detail, *see* ¶ 13, *infra*, is used by HURTS, discussed meeting at a hotel. Based upon my involvement in an interview of Victim-1, I am aware that on or about June 1, 2023, HURTS and Victim-1 met in a hotel room and engaged in sexual acts with each other.

    e.  On or about June 4, 2023, HURTS (using Instagram Account-1) sent Victim-1 an excerpt of a video that appeared to depict Victim-1 in the hotel room with HURTS. Victim-1 had not authorized the creation of the video and was unaware of its existence until Victim-1 sent the video on or about June 4, 2023. After sending the video to Victim-1, HURTS (using Instagram Account-1) wrote:

| HURTS: | The guy asked me to do it about a month ago. I said no originally. But I need the money. |
|---|---|
| HURTS: | He offering 300k for the video. He already paid 10k up front. |
| HURTS: | I have not sent him anything yet. |

    f.  On or about June 6, 2023, Victim-1 sent the following text messages to HURTS's cellphone (the "Hurts Cellphone"): "Are you serious," "U filmed me."[1]

    g.  On or about June 8, 2023, HURTS (using Instagram Account-1) sent the following messages to Victim-1:

| HURTS: | Are you going to let this spiral out of control like the [prior extortion] situation? |
|---|---|
| HURTS: | I don't want to give [other professional athlete] the video. |

---

[1] On or about October 3, 2022, HURTS (using Instagram Account-1) sent Victim-1 HURTS's cellphone number, *i.e.*, the call number assigned to the Hurts Cellphone.

3

**THE DEFENDANT'S MONTHS' LONG EFFORT TO EXTORT VICTIM-1**

7.      As set forth in greater detail below, following his surreptitious creation of a sexually explicit video recording of Victim-1, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, commenced a multi-month and unrelenting scheme to extort Victim-1, threatening to publish the video – depicting two men engaged in sexual acts – and alleged derogatory or reputation-damaging information concerning Victim-1. As stated in multiple communications with Victim-1, HURTS believed the release of the video and information would cause significant reputational and economic harm to Victim-1, a professional athlete. Using the prospect of that harm, HURTS repeatedly demanded that Victim-1 buy HURTS's silence.

8.      Based on my conversations with other law enforcement officers, review of law enforcement reports, text messages, social media postings and direct message exchanges, and discussions with Victim-1, I have learned the following information, in substance and in part:

   a.      On or about June 8, 2023, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant (using the Hurts Cellphone), sent the following text messages, among others, to Victim-1's cellphone:

| HURTS: | Who the fuck is advising you? They probable the dar [sic] people in your camp that's talking to [other professional athlete] . . . . |
|---|---|
| HURTS: | Things are going good.. you don't need any negative publicity |

   b.      On or about June 9, 2023, HURTS (using the Hurts Cellphone) sent the following text messages, among others, to Victim-1's cellphone: "And I don't want to hurt you ..I just need money[.] Make me an offer[.] The ball is in your court[.] Tell me something."

   c.      Victim-1 did not respond to HURTS's demands for money. On or about June 10, 2023, HURTS (using the Hurts Cellphone) sent the following text messages, among others, to Victim-1's cellphone:

| HURTS: | Do.notnlet [sic] this spiral out of control. |
|---|---|
| HURTS: | 250k |
| HURTS: | I don't want to give the video to anyone else. |
| HURTS: | 250k. Please do not let this situation spiral out of control. I know too much about you |
| HURTS: | And I'll sign an NDA |

   d.      Also on or about June 10, 2023, HURTS (using Instagram Account-1) wrote to Victim-1, "You ready to just fuck it all up.. you talked about a lot of people on [Instagram.]" "Just give me 250 and I will send the NDA."

4

e. Also on or about June 10, 2023, HURTS (using a second Instagram account ("Instagram Account-2"), which as set forth in greater detail below, *see* ¶ 14, *infra*, is used by HURTS) sent the following messages to Victim-1:

| HURTS: | Why you ignoring me? |
|---|---|
| HURTS: | You know I don't like contacting people or putting your business out there |
| HURTS: | Let's end this now |
| HURTS: | Not sending this video [to another player] |
| HURTS: | Talk to me |
| HURTS: | I might as well just testify for [the previous extorter] |
| HURTS: | Babe..250 and I will sign NDA |
| HURTS: | I have a lot of stuff on you!!! Let's just agree |
| HURTS: | I care about you but I need money |

f. Also on or about June 10, 2023, HURTS (using Instagram Account-1) sent direct messages to one of Victim-1's friends. The friend provided those direct messages to Victim-1, who voluntarily provided them to the FBI:

| HURTS: | Sorry to bother you……I know [Victim-1] trust you.. can you tell him yo check my messages please. |
|---|---|
| HURTS: | Get [Victim-1] to give me 250k to keep quiet for all that I know about him and I will give you 50k |
| HURTS: | Seriously it's only a matter of time before he cast you aside |
| HURTS: | No offense but that's how he operates |
| HURTS: | Don't be stupid like me and try to remain loyal to him |

g. On or about June 11, 2023, HURTS (using Instagram Account-1) sent messages to Victim-1 suggesting, in substance and in part, that HURTS has and will publish text messages from Victim-1 that indicate Victim-1 is violent.

h. Also on or about June 11, 2023, HURTS (using Instagram Account-2) sent the following messages to Victim-1:

| HURTS: | Can we talk before this really gets out of hand |
|---|---|
| HURTS: | You don't need any negative publicity |
| HURTS: | All I have to do is show those players why [sic] you said about them on Instagram |
| HURTS: | Please talk to someone who really cares about you… ask their advice |
| HURTS: | I recorded half the shot [sic] you said on Snapchat |

i. On or about June 14, 2023, HURTS (using Instagram Account-2) sent the following direct messages to Victim-1's sister, who provided them to Victim-1. Victim-1 subsequently voluntarily provided the messages to the FBI:

5

| HURTS: | Sorry to bother you but I k[n]ow your brother very well. |
| --- | --- |
| HURTS: | [Victim-1]. He might listen to you. I have a lot of information about him… conversation and other things that we have shared. |
| HURTS: | I do not want this information to be made public. I want to sign and [sic] NDA and collect 250k. |
| HURTS: | He is taking advice from idiots right now. |
| HURTS: | His reputation had been tarnished enough. He needs to negotiate with me. I have invested to[o] much time to walk way with nothing. |
| HURTS: | I know how he screwed over other people and got away with it. |
| HURTS: | Talk to him. |
| HURTS: | Please!!! |

    j. On or about June 16, 2023, acting at the direction of law enforcement, Victim-1 sent a text message to the Hurts Cellphone stating, in substance and in part, that Victim-1 was traveling to New York City for a family emergency. In response, HURTS sent the following text messages to Victim-1's cellphone:

| HURTS: | Are you okay |
| --- | --- |
| HURTS: | I guess that message wasn't for me |
| HURTS: | Either way I will stop the shenanigans for now |
| HURTS: | I hope everything works out |
| HURTS: | Did you mean to send me that message? |
| HURTS: | If we are having a t al conversation about money. And I will sign an NDA if you want. Then I am all ears and will stop saying things online. |
| HURTS: | Let me know |

    k. On or about June 20, 2023, while in West Harrison, New York, and in my presence, Victim-1 sent a text message to HURTS's cellphone, "I'm in Westchester new york for a couple days." HURTS responded, "The first question is…how much are you willing to pay for me to keep quiet about all that I know..including videos." Based on my review of cellphone location records obtained pursuant to a judicially-authorized warrant from the wireless provider for the Hurts Cellphone, I am aware that at the time these messages were sent on June 20, 2023, the Hurts Cellphone was not located in New York State.

    l. Shortly after that, on or about June 20, 2023, Victim-1, while in West Harrison, New York, engaged in a recorded telephone call with HURTS. Based on my review of cellphone location records obtained pursuant to a judicially-authorized warrant from the wireless provider for the Hurts Cellphone, I am aware that at the time of this telephone call on June 20, 2023, the Hurts Cellphone was not located in New York State. During the recorded conversation, the following exchange occurred, in substance and in part:

| Victim-1: | Why are you doing this? |
| --- | --- |
| HURTS: | We already went over that [Victim-1]! I need money. |

| Victim-1: | Ok, so why don't you do what everybody else do to get money? |
|---|---|
| HURTS: | I do what everybody else do to get money – |
| Victim-1: | -- So then like |
| HURTS: | But I'm just saying like, at the end of the day it's sort of like, I don't know. I just feel like I've been loyal to you and everybody else got them some money, I didn't get nothing. I didn't even try to go after you for your money. [Another individual] got him some, I didn't even talk to him – |

      m.     During the June 20, 2023 recorded conversation, HURTS acknowledged, in substance and in part, contacting Victim-1's family member and that HURTS's conduct was wrongful:

| Victim-1: | Why, why, why, why, why are you informing you know like my family members, why are you sending them messages, why are you sending my friends messages? Like…what – |
|---|---|
| HURTS: | Uh, because you were ignoring me. |
| Victim-1: | Yeah! Why would I want to talk to you when you decided to video tape me, uh, in a private moment you know between me and you. And I ain't never gave you no reason to video tape me, never gave you a reason to, to, uh mistreat me. But why would you want to film me for one, and then why would you want to try to get, you know, ask me to pay you [a sum of money]? You know? |
| HURTS: | I'm not saying it's right, [Victim-1]. |
| Victim-1: | So then why are you doing it if you know it's not right, why are you doing it? |
| HURTS: | Because I'm in a situation. I'm not saying it's right, I'm in a situation. I'm not saying it's right. I'm not! I'm not saying it's right. |
| Victim-1: | But all of us are in a situation. We have to figure out – |
| HURTS: | I'm not saying it's right. I'm not. This is the way I figured out to do it. I'm not saying it's right. |
| Victim-1: | Oh. |
| HURTS: | And I do feel bad about it. I'm not saying it's right. |

| Victim-1: | So, you record me. Send messages to my friends and my family. Tell me that you're gonna put all this stuff out there, you gonna do all this stuff if I don't. You gonna make me look bad, you've been telling my friends and family all that. Why would you want me to talk to you after that? |
|---|---|
| HURTS: | I don't know, [Victim-1]. I guess it is kind of selfish. Um. |
| Victim-1: | You say what? |
| HURTS: | Yeah, I guess it is kind of selfish. I don't know, that, you know, that is…uh you know |

7

n. During the June 20, 2023 recorded call, HURTS again demanded money from Victim-1:

| Victim-1: | So, how much are you tryna get? |
| --- | --- |
| HURTS: | How much you – uh – at first I said 250, but maybe not. So wait, 150 you think that's all – |
| Victim-1: | 250 thousand dollars? |
| HURTS: | No! 150, that will be fine. [Even it out] to 150. That will be fine. |
| Victim-1: | 150 thousand dollars? |
| HURTS: | Yeah. |

| Victim-1: | So how much and um will you please leave my family out of this and any other people? They ain't got nothing to do with none of this stuff. |
| --- | --- |
| HURTS: | Yeah, uh, yeah, uh, uh, yeah, yeah |
| Victim-1: | Yeah what |
| HURTS: | That, I'll leave them alone! Uh, yes I'll leave them alone. |
| Victim-1: | So, how much? |
| HURTS: | 150 thousand. |
| Victim-1: | 150 thousand to do what? |
| HURTS: | Yes. |
| Victim-1: | What is that going to do? |
| HURTS: | [Inaudible] Didn't we just discuss that? You said leave them alone. I'll sign an NDA if you want, I'll be done – |
| Victim-1: | 150 thousand dollars, you want that? And you'll leave my family and my friends alone and all that stuff? |
| HURTS: | Yes. |

o. On or about June 24, 2023, HURTS (using Instagram Account-1) sent the following messages to Victim-1:

| HURTS: | [Victim-1] let me know something before I send anything out that I cannot get back |
| --- | --- |
| HURTS: | Please stick to the agreement |
| HURTS: | No more drama |
| HURTS: | So what now |
| HURTS: | If you not keeping the agreement I will start trying to sale [sic] the video again |
| HURTS: | I Don't want to do that but you are silent again |
| HURTS: | If I sell it.. you will end up paying them a higher price to take it down |
| HURTS: | So just pay me and save us both the trouble |

8

p.  On or about June 29, 2023, HURTS (using Instagram Account-1) sent Victim-1 a screen shot of what appeared to be the surreptitious recording of HURTS and Victim-1 engaging in sexual acts, a link to a portion of the video, and the following messages:

| HURTS: | I don't want to send this link to anyone |
| --- | --- |
| HURTS: | I know this is the receipts that they want |
| HURTS: | I could have sent this to [another professional athlete] and already gotten paid but I don't want to do it |
| HURTS: | Meet me and I will show you the whole video |
| HURTS: | It's a whole video … talking sucking.. fucking.. you pulling out a gun. |

q.  On or about June 30, 2023, HURTS (using Instagram Account-1) sent the following messages to Victim-1:

| HURTS: | Pay me and you will never hear from me again |
| --- | --- |
| HURTS: | I hope you didn't download that video.. if anybody hacks your accounts they can see it. I have it on my chip. Once I send it. I delete if off my phone |
| HURTS: | I started to send to your brother but he would beat me selling it |
| HURTS: | I just don't understand how you could want anything else to happen. In ever other scenario the video and messages will be made public. |
| HURTS: | [prior extorter] is saying shit…. I have messages and a whole video. Not to mention the other video of you and [another individual] |
| HURTS: | You realize any motions that you file become public record |
| HURTS: | If I get arrested or have to go to court… everything will come out |
| HURTS: | It would not benefit me to be quiet [i]f it goes public |
| HURTS: | When we meeting so I can show you the whole video all angles? |
| HURTS: | ?? |

r.  On or about July 4, 2023, HURTS (using the Hurts Cellphone) and Victim-1 had the following text message exchange in which HURTS directed Victim-1 to send extortion money to a specific Cash App account (the "Hurts Cash App Account"):

| HURTS: | Hey |
| --- | --- |
| Victim-1: | I need your bank account information and everything for the wire |
| HURTS: | I don't trust you dude |
| HURTS: | You got my cash app… Send it there |
| HURTS: | I don't know who this is…but [Victim-1] had my cash app |
| Victim-1 | You can't send that much money through cash app |

| HURTS: | Send it in increments |
| Victim-1 | You still can't send cash like that on cash app |
| HURTS: | You can send 10k a week |
| Victim-1 | You can't do that on cash app. |

  s. Later that same day, on or about July 4, 2023, HURTS (using the Hurts Cellphone) sent Victim-1 information suggesting that Cash App users may transact up to $15,000 per week.  The following text message exchange followed:

| Victim-1: | Bank account information only |
| HURTS: | Send 10k via cash app then I'll send banking info |
| HURTS: | I don't trust you |
| Victim-1: | Bank account information only |
| HURTS: | Why |
| HURTS: | Who is this |
| HURTS: | Y'all playing. I could just sell the video through a third that cannot be traced back to me.  And then just kill my [Moniker-2] character all together. |

  t. On or about July 6, 2023, HURTS (using the Hurts Cellphone) and Victim-1 had the following text message exchange:

| HURTS: | I am really thinking I'll just sell the video through a third party that cannot be traced back to me.  And then just kill my [Moniker-2] character all together. |
| HURTS: | You don't know who I am…no one does |
| HURTS: | You are the only person who knows both |
| Victim-1: | Send the wire information not cash app |
| HURTS: | What about cash? [Moniker-2] can meet you to get it. |
| HURTS: | You could be trying to serve me or arrest me…I'm not sure.. either way I can't give my per[s]onal info out. |
| HURTS: | And when you take so long to respond that lets me further know that I can't trust you. |

  u. On or about July 7, 2023, HURTS (using the Hurts Cellphone) sent Victim-1 the following text message, among others: "You need to fire your team… Im starting to think you like negative publicity. Do they try and prevent it at all."  Later that same day, on or about July 7, 2023, HURTS and Victim-1 had the following text message exchange:

| Victim-1: | If you want your money send me your bank info. |
| HURTS: | Cash app or cash only |
| Victim-1: | Bank information |
| Victim-1: | Or u won't get anything |
| Victim-1: | Send your bank information so I can wire the money. I don't trust you. Jus like you don't trust me. |
| HURTS: | If I Send bank info….when will you wire it? |

10

| HURTS: | ?? |
|---|---|
| Victim-1: | You the only one who been untrustworthy. You playin |
| HURTS: | I want to get out of this mess. But I don't feel comfortable sharing my account info. Cash app is better. |
| Victim-1: | I'm not sending any money through cash app. If you wanna get out of the mess you started. Share your bank account with me. |
| HURTS: | I can't put my real info out there...I'll explore my options.. [Other individuals] want it all to blow up anyway. |
| HURTS: | And I didn't create this..you could have stopped this a long time ago..but you playing around like you are doing now. |
| Victim-1: | Share the bank account |

    v. Following the July 7, 2023 text message exchange quoted above, ¶ 8(u), *supra*, HURTS (using the Hurts Cellphone) sent Victim-1 a screenshot of a profile from a money transfer application, suggesting that Victim-1 use that application to send extortion funds to HURTS. The following text message exchanged followed:

| Victim-1: | That don't work. I need wiring information. |
|---|---|
| HURTS: | Ok. Then cash |
| Victim-1: | No cash |
| HURTS: | 10k on cash app so I know you are serious...then I'll send banking info |

    w. Based on my review of records obtained from CashApp, a mobile payment service, which were obtained pursuant to a grand jury subpoena, I am aware that the Hurts Cash App Account, which account has been connected to HURTS, *see* ¶ 15, *infra*, sent approximately three requests for payment to Victim-1's CashApp account from on or about July 8, 2023 through on or about July 10, 2023: a request for $10,000 on or about July 8, 2023; a request for $10,000 on or about July 9, 2023; and a request for $5,000 on or about July 10, 2023.

    x. On or about July 13, 2023, HURTS (using the Hurts Cellphone) again threatened to sell the alleged video, texting Victim-1, among other things, "I just really think the only way out is to sale [sic] the video through a third party." "150 is nothing for you. You could end this now. You would do rather more drama." In response, Victim-1 stated, in substance and in part, that he was traveling and could meet with HURTS when he returned.

    y. On or about July 21, 2023, HURTS (using the Hurts Cellphone) again threatened to sell the alleged video, sending the following text messages, among others, to Victim-1:

| HURTS: | You have no intention of giving me anything |
|---|---|
| HURTS: | All the messages and the videos that I have.. you really want that out there |
| HURTS: | If they promote it . . . it will be everywhere |

11

z. On or about July 24, 2023, HURTS (using the Hurts Cellphone), again, declined to provide his bank account information: "Im scared to send it.. no lie." Victim-1, while in Manhattan, replied, "Ok well I'm in nyc I had to come to Manhattan to handle some business . . . . And scared to send it why." HURTS (using the Hurts Cellphone) sent the following text messages to Victim-1:

| HURTS: | You might just want my info to sue me or something. |
| --- | --- |
| HURTS: | But either way.. the end has to come. Either I give it to you or give it to them. |
| HURTS: | Routing [NUMBER xxxxxx] account number [xxxxxx] Marvavier Hurts |

Based on my review of cellphone location records obtained pursuant to a judicially-authorized warrant from the wireless provider for the Hurts Cellphone, I am aware that at the time these messages were sent on July 24, 2023, the Hurts Cellphone was not located in New York State.

## IDENTIFICATION OF THE DEFENDANT

9. As set forth above in greater detail, ¶ 8(z), *supra*, in a text message exchange from on or about July 24, 2023, MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, furnished bank account details for Victim-1 to wire extortion funds. The bank account was in the name of "Marvavier Hurts."

10. Based on cellphone subscriber records obtained pursuant to a grand jury subpoena from the wireless provider for the Hurts Cellphone, I am aware that the Hurts Cellphone is registered to a specific email account ("Gmail Account-1"). Based on my review of the contents of Gmail Account-1, which were obtained pursuant to a judicially-authorized search warrant, I am aware that on or about July 9, 2021, the user of Gmail Account-1 had an email exchange with OnlyFans, a social platform that allows content creators to share their content with users in exchange for a fee, about the user's identity. As part of that email exchange, the user of Gmail Account-1 sent photographs of themself. One of the photographs depicted an individual holding a driver's license with the name "Marvavier Rian Hurts." Based on my comparison of a photograph of MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, which I obtained from a law enforcement database, with the photo sent from Gmail Account-1 to OnlyFans, I believe the individual holding the driver's license, as well as the individual depicted in the driver's license, is HURTS.

11. Based on my review of records obtained pursuant to a grand jury subpoena from OnlyFans related to the account that Victim-1 identified as belonging to MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant (the "Hurts OnlyFans Account"), which is linked to HURTS's Twitter profile and includes Moniker-2 in the account name, I am aware that the user of the Hurts OnlyFans Account furnished to OnlyFans an IRS Form W-9 dated April 14, 2022, with the name "Marvavier Hurts" and HURTS's social security number.

12. Based on my review of records obtained from Google obtained pursuant to a judicially-authorized search warrant, I am aware that Gmail Account-1 is linked by "cookie" to other email accounts, including an email account that has the username "rian.hurts86." Based on

my training and experience, I am aware that email providers use features to track the activity of users of their accounts, including whether or not the user of an account accesses other email accounts using the same computer, or accesses accounts maintained by other companies while logged into an account. One of the ways this is done is by using cookies, a string of characters stored on the user's computer or web browser that is recognized by an email provider when a computer visits its site or logs into an account. Such cookies allow the email provider to determine whether multiple accounts are accessed during the same browser session using the same computer, and thus are likely controlled by the same user. Accordingly, based on the linkage of Gmail Account-1 to the "rian.hurts86" email account, I believe that both accounts are controlled by the same individual and therefore the user of Gmail Account-1 also controls an email account in the name of "rian hurts."

13. Based on my review of subscriber records obtained pursuant to a grand jury subpoena from Meta Platforms, Inc., I am aware that the telephone number registered to Instagram Account-1 is the call number of the Hurts Cellphone.

14. Based on my review of subscriber records obtained pursuant to a grand jury subpoena from Meta Platforms, Inc., I am aware that Instagram Account-2 was registered by a specific email address ("Gmail Account-2"). Based on my review of records obtained pursuant to a judicially-authorized search warrant to Google, I am aware that Gmail Account-2 is linked by cookie to both Gmail Account-1 and the "rian.hurts86" email account. I therefore believe that Gmail Account-1, Gmail Account-2, and the "rian.hurts86" email account are controlled by the same individual, namely MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant.

15. Based on my review of subscriber records obtained pursuant to a grand jury subpoena from Cash App, I am aware that the verified customer name for the Hurts CashApp Account is "Rian Hurts," with the same date of birth and social security number as MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant.

16. During the investigation, law enforcement officers showed Victim-1 a series of photographs of individuals, one of whom was MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant. Victim-1 identified the photograph of HURTS as the individual Victim-1 knows as "RJ" and/or Moniker-2.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MARVAVIER RIAN HURTS, a/k/a "Rian Hurts," a/k/a "RJ," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

Melissa Baccari (by VF with permission)
Melissa Baccari
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 26th day of July, 2023.

THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York